The People of the State of New York, Respondent,
against
Daniel McAllister, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Julio Rodriguez III, J.), rendered June 24, 2014, after a nonjury trial, convicting him of driving while impaired, and imposing sentence.




Per Curiam.
Judgment of conviction (Julio Rodriguez III, J.), rendered June 24, 2014, affirmed.
The verdict convicting defendant of driving while impaired (see Vehicle and Traffic Law § 1192[1]) was supported by legally sufficient evidence and was not against the weight of the evidence (see People v Danielson, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's credibility determinations, including its assessment of police testimony that defendant drove some twenty miles over the speed limit and exhibited visible signs of intoxication (see People v Reyes, 136 AD3d 443 [2016]; see also People v Cruz, 48 NY2d 419, 426-427 [1979], appeal dismissed 446 US 901 [1980]). Furthermore, defendant admitted to the officer that he had consumed "five Corona" beers.
Defendant's present challenge to the amount of the surcharge should be raised in the sentencing court by way of a motion for resentencing (see People v Rodriguez, 116 AD3d 487 [2014], lv denied 24 NY3d 964 [2014]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur 
Decision Date: December 14, 2017